# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **PAUL MARCHAND**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSEPH FOSTER**, in his official capacity only as Attorney General of the State of New Hampshire, and **ROBERT L. QUINN**, in his official capacity only as Director of the Division of the New Hampshire State Police, <br><br> Defendants | Civil Case. No. 1:15-cv-00139-PB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned case be dismissed without prejudice, the parties to bear their respective costs and fees.

Respectfully submitted,

PAUL MARCHAND,

By and through his attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation,

*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org

Jon Meyer (N.H. Bar No. 1744)
BACKUS, MEYER & BRANCH, LLP
116 Lowell Street
P.O. Box 516
Manchester, NH  03104
Tel.:  603.668.7272
jmeyer@backusmeyer.com

JOSEPH A. FOSTER and ROBERT L. QUINN,

By and through their counsel,
JOSEPH A. FOSTER,
Attorney General

*/s/ Matthew T. Broadhead*
Matthew T. Broadhead (N.H. Bar No. 19808)
Rebecca L. Woodard (N.H. Bar No. 17176)
N.H. Department of Justice
33 Capitol Street
Concord, NH  03301
Tel. 603.271.3650
Matthew.Broadhead@doj.nh.gov
Rebecca.Woodard@doj.nh.gov

Dated:   June 19, 2015

## CERTIFICATE OF SERVICE

      I, Gilles Bissonnette, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Gilles Bissonnette*
      Gilles Bissonnette